UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN WEINBERG, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSEPH MASELLI, a New York individual,<br><br>*Defendant*. | Case No. 1:23-cv-00230-KAM-JRC<br><br>**CLASS ACTION** |

## NOTICE OF DISMISSAL

Plaintiff Weinberg hereby notifies the Court of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 14th day of June, 2023.   Respectfully submitted,

*[signature]*
6.14.2023

By: */s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*